UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LENIER AYERS,

        Plaintiff,

v.

JOHN GUTBEZAHL, *et al.*,

        Defendants.

Case No.  C07-5530 FDB/KLS

ORDER GRANTING
MOTION TO WITHDRAW CASE
FILING

    Before the Court is the motion of Plaintiff Lenier Ayers filed in Case Nos. C07-5520RJB (Dkt. # 6) and C07-5540RBL (Dkt. # 14) , in which Plaintiff Ayers states that he wishes to withdraw the filing of his proposed Complaint in this case.   The Court is aware that Plaintiff Ayers has motions pending in Case No. C07-5540RBL (Dkt. # 6, 7, 10), in which he seeks the consolidation of certain matters.  This Order does not consolidate nor transfer any matters stated in this case.  It only acts to terminate the action.  If Plaintiff does not wish the Court to terminate this action, he should advise the Court immediately and pay the full filing fee of $350.00.

    Accordingly, it is **ORDERED**:

(1)    The Clerk of the Court is directed to administratively **CLOSE** this file and send a copy of this Order to Plaintiff; and

ORDER
Page - 1

(2)     A copy of Plaintiff's motion referred to above shall be docketed in this case along with a copy of this Order.

DATED this 20th day of November, 2007.

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 2